UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE PEYTON, | ) |
| | ) |
| Petitioner, | ) No. CV 10-1088 VAP (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ADOPTING REPORT AND |
| GEORGE GUIRBINO, Warden, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |
| _____ | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), petitioner's objections and the Supplemental Report and Recommendation. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: June 30, 2010

_____
Virginia A. Phillips
United States District Judge