UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LEE PEYTON,** | ) CV NO. 10-1088-VAP(AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| **vs.** | ) |
| **GEORGE GUIRBINO,** | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for writ of habeas corpus is denied as moot.

Dated: June 30, 2010

_____
Virginia A. Phillips
United States District Judge